**Criminal Case Cover Sheet**                                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** USSS/IRS

**City** Dedham

**County** Norfolk

**Related Case Information:**
- Superseding Ind./ Inf. ____ Case No. ____
- Same Defendant ____ New Defendant ____
- Magistrate Judge Case Number ____
- Search Warrant Case Number ____
- R 20/R 40 from District of ____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ____ ☐ Yes ☑ No

**Defendant Name:** Wyoming Killingbarrows    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** Patricio Junio Brito Pontes Barros

**Address:** 24 Waldo Street Dedham, MA 02026

**Birth date (Yr only):** 1994    **SSN (last 4#):** 5553    **Sex:** M    **Race:** ____    **Nationality:** Cape Verdean

**Defense Counsel if known:** Tracy Miner    **Address:** 101 Federal Street, Suite 650

**Bar Number:** 547137                                        Boston, MA 02110

**U.S. Attorney Information**

**AUSA:** Brian Sullivan    **Bar Number if applicable:** 676186

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: ____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:** ____

**Arrest Date:** ____

☐ Already in Federal Custody as of ____ in ____.
☐ Already in State Custody at ____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: ____ on ____

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/15/2025                  **Signature of AUSA:** */s/ Brian J. Sullivan*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Wyoming Killingbarrows

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1344 | Bank Fraud | 1-4 |
| Set 2 | 18 U.S.C. § 1957 | Money Laundering | 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**